# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **Eugene Volokh**,<br><br>*Plaintiff*,<br><br>v.<br><br>**Williamson County Archives & Museum;**<br>**Bradley Boshers**, Archives Director for the Williamson County Archives & Museum.<br>**Williamson County Circuit Court Clerk;**<br>**Debbie McMillan Barrett**, Circuit Court Clerk.<br><br>*Defendants*. | Case No.: 3:25-cv-00701 |

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff hereby withdraws without prejudice his Motion for Preliminary Injunction, which was filed on June 25, 2025. (D.E. # 7.)

Respectfully submitted,

*/s/ Susan L. Kay*
SUSAN L. KAY (BPR# 006630)
JENNIFER SAFSTROM*
Jennifer.safstrom@vanderbilt.edu
RYAN RIEDMUELLER*
Ryan.riedmueller@vanderbilt.edu
Vanderbilt Law School Stanton Foundation
First Amendment Clinic
131 21st Ave
South Nashville,
TN 37203-1181
Telephone: (615) 322-4964
\*  *Motions for admission forthcoming*

*Counsel for Eugene Volokh*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Defendant's counsel via email at the email address listed below on this June 27, 2025.

Lisa M. Carson
Buerger, Moseley & Carson, PLC
Two Town Center
4068 Rural Plains Drive, Suite 100
Franklin, TN 37064
Phone:  615-794-8850
Email: lcarson@buergerlaw.com

*/s/ Ryan Riedmueller*
Ryan Riedmueller