IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Eugene Volokh**,

    *Plaintiff*,

v.

**Williamson County Archives & Museum;**
**Bradley Boshers**, Archives Director for the
Williamson County Archives & Museum.
**Williamson County Circuit Court Clerk;**
**Debbie McMillan Barrett**, Circuit Court Clerk.

    *Defendants*.

Case No.: 3:25-cv-00701

---

### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

---

Pursuant to Fed. R. Civ. P. 65(a), Plaintiff Eugene Volokh seeks a preliminary injunction ordering Defendants to provide the requested judicial records because public access to court records is protected by the First Amendment and therefore cannot be conditioned on state citizenship without violating the First Amendment and the Privileges and Immunities Clause of the United States Constitution. In support of this motion, Plaintiff states as follows:

1. Defendants are Williamson County Archives and Museum, Bradley Boshers in his