# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **Eugene Volokh,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:25-cv-00701 |
| | ) | |
| v. | ) | **District Judge Aleta Trauger** |
| | ) | |
| **Williamson County Archives & Museum;** | ) | |
| **Bradley Boshers,** Archives Director for | ) | |
| The Williamson County Archives & | ) | |
| Museum; **Williamson County Circuit** | ) | |
| **Court Clerk; Debbie McMillan Barrett**, | ) | |
| Circuit Court Clerk., | ) | |
| | ) | |
| **Defendants.** | ) | |

## UNOPPOSED MOTION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE OR ALTERNATIVELY, TO EXCUSE CO-COUNSEL FROM ATTENDANCE

Comes now Lisa Carson, co-counsel for the Defendants in this matter, and requests that this Court reschedule the initial case management conference which is currently set for September 15, 2025 at 2:00 p.m. (DE 5), or in the alternative, that the Court allow Lee Ann Thompson, who is equally involved as co-counsel in this matter, to appear at the Case Management Conference as lead counsel for Defendants.

For cause, counsel for Defendants would submit that she has a conflicting court appearance in Maury County, Tennessee scheduled on the morning of September 15, 2025, and that while the hearing in Maury County may be complete in time for her to attend the case management conference, she is not certain that it will be. Accordingly, out of an abundance of caution, counsel asks to either reschedule, or to be excused from this Court's Initial Case Management Conference.

Counsel for Defendants has consulted with counsel for Plaintiff and there is no opposition to this Motion.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the Court reschedule the case management conference in this matter, or in the alternative that the Court excuse co-counsel Lisa Carson from attendance and allow Lee Ann Thompson to appear as lead counsel on September 15, 2025, for the case management conference

Respectfully submitted,

BUERGER, MOSELEY & CARSON, PLC

/s/Lisa M. Carson
Lisa M. Carson, BPR #14782
Lee Ann Thompson, BPR# 28040
4068 Rural Plains Circle, Ste 100
Franklin, Tennessee 37064
Phone: (615) 794-8850
lcarson@buergerlaw.com
lthompson@buergerlaw.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically filed and delivered via the Court's ECF system to Attorneys for Plaintiff, Susan L. Kay, Jennifer Safstrom, Jennifer.safstrom@vanderbilt.edu, Ryan Riedmueller, Ryan.riedmueller@vanderbilt.edu, Vanderbilt Law School Stanton Foundation, First Amendment Clinic, 131 21st Ave. South, Nashville, TN 37203-1181 on this the 29th day of July, 2025.

/s/Lisa M. Carson
Lisa M. Carson