## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

EUGENE VOLOKH,      )
            )
   Plaintiff,      )
            )
v.            )   Civil No.  3:25-cv-701
            )   Judge Trauger
WILLIAMSON COUNTY ARCHIVES &amp; )
MUSEUM, ET AL.,     )
            )
   Defendants.     )

## ORDER

The State of Tennessee's Motion to Intervene (Doc. No. 19), which is not opposed, is hereby

GRANTED.  Any further briefing on the pending Motion to Dismiss or any other issue shall be filed

by the State of Tennessee by October 8, 2025.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge