# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

EUGENE VOLOKH,        )
        )
     Plaintiff,       )
        )
v.        )     **Case No. 3:25-cv-00701**
        )     **Judge Aleta A. Trauger**
**WILLIAMSON COUNTY ARCHIVES**   )
**& MUSEUM**; **BRADLEY BOSHERS**, in  )
his official capacity as Archives Director for  )
the Williamson County Archives &    )
Museum; **WILLIAMSON COUNTY**   )
**CIRCUIT COURT CLERK**; **DEBBIE**   )
**MCMILLAN BARRETT**, in her official  )
capacity as Williamson County Circuit   )
Court Clerk,       )
        )
     Defendants,      )
        )
and        )
        )
STATE OF TENNESSEE,     )
        )
     Defendant-Intervenor.   )

## <u>ORDER</u>

For the reasons set forth in the accompanying Memorandum, the defendants' Motion to Dismiss (Doc. No. 13) is **DENIED IN PART and RESERVED IN PART**. Specifically, the portion of the Motion to Dismiss brought under Rule 12(b)(1), is **DENIED**. The court **RESERVES RULING** on that portion of the Motion to Dismiss brought under Rule 12(b)(6), pending additional briefing by the parties.

The plaintiff and defendants **SHALL** file simultaneous briefs in accordance with the directions provided in the accompanying Memorandum, by April 3, 2026. Intervenor the State of Tennessee may, but need not, submit a brief, under the same conditions.

It is so **ORDERED**.

_____

ALETA A. TRAUGER
United States District Judge